| | | | | |
|---|---|---|---|---|
| State v. Stringer | 107,619 | | | |
| | 107,620 | | | |
| | 107,621 | Denied | 10/28/13 | Unpublished |
| State v. Sult | 108,532 | Denied | 02/12/14 | Unpublished |
| State v. Talkington | 107,596 | Granted | 10/01/13 | Unpublished |
| State v. Taylor | 106,869 | Denied | 11/22/13 | Unpublished |
| State v. Taylor | 107,209 | Denied | 10/07/13 | Unpublished |
| State v. Taylor | 108,548 | Denied | 02/12/14 | Unpublished |
| State v. Thacker | 107,549 | Denied | 10/01/13 | 48 Kan. App. 2d 515 |
| State v. Thompson | 107,403 | Denied | 10/07/13 | Unpublished |
| State v. Trammell | 106,511 | Denied | 12/27/13 | Unpublished |
| State v. Vaughn | 106,735 | Denied | 10/28/13 | Unpublished |
| State v. Verstraete | 106,856 | Denied | 01/17/14 | Unpublished |
| State v. Volle | 108,520 | Denied | 02/12/14 | Unpublished |
| State v. Vrabel | 108,930 | Granted | 12/27/13 | 49 Kan. App. 2d 61 |
| State v. Walker | 107,877 | Denied | 10/29/13 | Unpublished |
| State v. Weitzel | 107,977 | Denied | 10/30/13 | Unpublished |
| State v. Wells | 108,165 | Denied | 02/18/14 | Unpublished |
| State v. Wetrich | 106,002 | Denied | 12/27/13 | 49 Kan. App. 2d 34 |
| State v. White | 107,903 | | | |
| | 107,940 | | | |
| | 108,033 | Denied | 10/30/13 | Unpublished |
| State v. White | 108,775 | Denied | 02/12/14 | Unpublished |
| State v. Williams | 107,241 | Denied | 12/27/13 | Unpublished |
| State v. Williams | 107,431 | Denied | 10/28/13 | Unpublished |
| State v. Williams | 107,505 | Denied | 11/20/13 | Unpublished |
| State v. Williams | 107,716 | Denied | 10/01/13 | Unpublished |
| State v. Wilson | 107,636 | Denied | 11/20/13 | Unpublished |
| State v. Wycoff | 106,221 | Denied | 10/01/13 | Unpublished |
| State v. Yarbrough | 108,096 | Denied | 02/18/14 | Unpublished |
| State v. Young | 102,121 | Denied | 10/01/13 | Unpublished |
| State v. Zach | 107,143 | Denied | 10/23/13 | Unpublished |
| State v. Zugg | 106,809 | Denied | 10/28/13 | Unpublished |
| Sterpenig v. State | 108,884 | Denied | 11/22/13 | Unpublished |
| Stueckemann v. City of Basehor | 105,457 | Granted | 10/01/13 | Unpublished |
| Thomas v. McKune | 109,280 | Denied | 10/28/13 | Unpublished |
| Treece v. State | 107,691 | Denied | 11/04/13 | Unpublished |
| Turner v. McKune | 108,428 | Denied | 10/29/13 | Unpublished |
| U.S. Bank NA v. McConnell | 107,300 | Denied | 10/28/13 | 48 Kan. App. 2d 892 |
| Uhlmann v. Richardson | 105,147 | Denied | 12/27/13 | 48 Kan. App. 2d 1 |